UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 07-461 PAM |
| Plaintiff, | |
| v. | **ORDER FOR EXTENSION OF VOLUNTARY SURRENDER DATE** |
| Scott M. Tovey, | |
| Defendant. | |

Nicole A. Engisch, Assistant United States Attorney, 300 South Fourth Street, Minneapolis, MN 55415, counsel for Plaintiff.

Lyonel Norris, Assistant Federal Defender, 300 South Fourth Street, Minneapolis, MN 55415, counsel for Defendant.

Based on Defendant's request for an extension of voluntary surrender date, said motion is GRANTED. Defendant shall have until Monday July 7, 2008 at or before 11:00 a.m. in which to surrender for service of his sentence. All bond conditions shall remain in effect until the defendant surrenders for service of sentence.

Dated: May 30, 2008           s/Paul A. Magnuson
                              Honorable Paul A. Magnuson
                              United States District Court Judge